**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

March 2, 2011

Robert Hugh Ellis
Dykema Gossett PLLC
400 Renaissance Ctr.
Detroit, MI 48243

     Re:    2:11-cv-83

Dear Mr. Ellis:

    I am following up on a telephone conversation you had with one of our deputy clerks this morning. The clerk contacted you after noticing that you had electronically filed a case (no. 2:11-cv-83) but had not followed through with payment of the filing fee or the filing of any pleadings. You apologized and indicated that you had been merely "playing around" in the system to see what your various options were and had not intended to file a case.

    Given that information, I wanted to follow through to make you aware of the numerous reference documents contained on our website (www.miwd.uscourts.gov) regarding attorneys filing their own cases. Under the topic of "Electronic Filing" are subjects such as "Civil Case Opening Protocol", a "Case Opening" manual, "Party Name Standards", as well as an electronic learning module entitled, "Attorney Case Opening & Filing Fee".

    You should be able to find everything you need within these materials to be able to electronically file a case when the time comes, but if you should require any additional assistance, please do not hesitate contact our HelpDesk (8:00 a.m.-5:00 p.m.) at (616) 456-2206 or (800) 290-2742.

                                Sincerely,

                                Kristi V. Taylor
                        Asst. Operations Supervisor